IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| RICH MEDIA CLUB LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:23-CV-00388-JRG |
| | § | |
| DMG MEDIA LIMITED, | § | |
| | § | |
| Defendant. | § | |

# ORDER

Before the Court is the Motion to Dismiss (the "Motion") filed by Defendant DMG Media Limited ("Defendant"). (Dkt. No. 14). In the Motion, Defendant seeks the dismissal of Plaintiff Rich Media Club LLC's ("Plaintiff") Complaint (Dkt. No. 1) under Federal Rule of Civil Procedure 12(b)(6). (*Id.* at 1). Since the filing of the Motion, Plaintiff has filed an Amended Complaint. (Dkt. No. 17).

It is well established that a later-filed amended complaint moots a motion asking the Court to dismiss an earlier-filed complaint. *See Griffin v. Am. Zurich Ins. Co.*, 697 F. App'x 793, 797 (5th Cir. 2017) ("Once filed, that amended complaint rendered all earlier motions … moot."); *see also Bishop Display Tech LLC v. Samsung Elecs. Co., Ltd.*, No. 2:21-cv-00139-JRG, Dkt. No. 40 (E.D. Tex. Oct. 4, 2021) ("Once Plaintiff filed its amended complaint, the Motion became moot."); *Ultravision Technologies, LLC v. Eaton Corp. PLC*, No. 2:19-CV-00290-JRG, 2019 WL 11250161, at *1 (E.D. Tex. Nov. 7, 2019) ("Accordingly, the filing of an amended complaint moots a motion to dismiss the original complaint.").

Accordingly, the Court finds that the Motion (Dkt. No. 14) should be and hereby is **DENIED-AS-MOOT**.

**So Ordered this**

**Mar 2, 2024**

                                         RODNEY GILSTRAP
                                         UNITED STATES DISTRICT JUDGE