# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| RICH MEDIA CLUB LLC,<br><br>      Plaintiff,<br>vs.<br><br>DMG MEDIA LIMITED,<br><br>      Defendant. | Case No. 2:23-cv-388-JRG |

## JOINT MOTION FOR ENTRY OF AGREED DISCOVERY ORDER

In accordance with the Order regarding the scheduling conference (D.I. 19), Plaintiff Rich Media Club, LLC and Defendant DMG Media Limited jointly move for entry of the agreed Discovery Order, filed together with this Motion as a proposed order.

The parties have not made any changes to the Court's proposed order.

Dated: April 8, 2024                                      Respectfully submitted,

*Attorneys for Plaintiff Rich Media Club, LLC*     *Attorneys for Defendant DMG Media Limited*

| | |
|---|---|
| /s/ Alison A. Richards<br>Alison Aubry Richards<br>IL Bar # 6285669 (*also admitted in ED Texas*)<br>arichards@giplg.com<br>David Berten (*to be admitted in ED Texas*)<br>IL Bar # 6200898<br>dberten@giplg.com<br>Global IP Law Group, LLC<br>55 West Monroe Street, Suite 3400<br>Chicago, IL 60603<br>Telephone: (312) 241-1500 | /s/ Geoffrey R. Miller<br>Michael J. Sacksteder (Admitted E.D. Texas)<br>FENWICK & WEST LLP<br>555 California Street, 12th Floor<br>San Francisco, California 94104<br>Telephone: 415.875.2300<br>Facsimile: 415.281.1350<br>Email: msacksteder@fenwick.com<br><br>Geoffrey R. Miller<br>(Texas State Bar No. 24094847)<br>FENWICK & WEST LLP<br>902 Broadway, Suite 18 |

                New York, NY 10010
                Telephone: 212.430.2600
                Facsimile: 650.938.5200
                Email: gmiller@fenwick.com

## **CERTIFICATE OF CONFERENCE**

Counsel for Plaintiff and Defendant have conferred on April 8, 2024 and have agreed to the filing of this proposed Docket Control Order.

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 8, 2024, the foregoing was electronically filed with the Court's CM/ECF system, which will send a notification of such filing to all counsel of record.

*/s/ Alison A. Richards*
Alison Aubry Richards