# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| RICH MEDIA CLUB LLC,<br><br>                   Plaintiff,<br><br>v.<br><br>DMG MEDIA LIMITED,<br><br>                   Defendant. | Case No. 2:23-cv-388-JRG |

## JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT

Plaintiff Rich Media Club, LLC ("Rich Media") and Defendant DMG Media Limited ("Defendant" or "DMG") (collectively, the "Parties") respectfully submit this Joint Motion to Stay All Deadlines and Notice of Settlement.  The Parties respectfully inform the Court as follows:

The Parties have reached a settlement in principle of all matters in controversy, pending documentation, and request that the Court stay all deadlines in the above-captioned case for thirty days in order to permit the Parties to finalize the details of the settlement and to jointly file dismissal papers with the Court.  In light of this Joint Motion to Stay All Deadlines, the Parties further request that the Court cancel the *Markman* hearing currently set for February 3, 2025.

Dated:  January 15, 2025                                     Respectfully submitted,

By:  */s/ David Berten*                              By:  */s/ Michael J. Sacksteder*
    Alison Aubry Richards                                Michael J. Sacksteder
    IL Bar # 6285669                                        (Admitted to E.D. Texas)
    (*also admitted in ED Texas*)                      Email:  msacksteder@fenwick.com
    arichards@giplg.com                                  FENWICK & WEST LLP
    David Berten                                            555 California Street, 12th Floor
    (*to be admitted in ED Texas*)                    San Francisco, CA  94104
    IL Bar # 6200898                                        Telephone:  (415) 875-2300

dberten@giplg.com
Global IP Law Group, LLC
55 West Monroe Street, Suite 3400
Chicago, IL 60603
Telephone:  (312) 241-1500

*Attorneys for Plaintiff*
*Rich Media Club, LLC*

Geoffrey R. Miller
(Texas State Bar No. 24094847)
Email: gmiller@fenwick.com
FENWICK & WEST LLP
902 Broadway, 18th Floor
New York, NY 10010
Telephone:  (212) 921-2001

Attorneys for *Defendant*
*DMG Media Limited*

**CERTIFICATE OF CONFERENCE**

The undersigned hereby represents and confirms that a conference was conducted with opposing counsel prior to filing this Joint Motion and consel indicated their agreement with the relief requested herein.

Dated: January 15, 2025                    */s/ Michael J. Sacksteder*               
                                                         Michael J. Sacksteder

**CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the above and foregoing document has been served on all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

Dated: January 15, 2025                    */s/ Michael J. Sacksteder*               
                                                         Michael J. Sacksteder