# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| RICH MEDIA CLUB LLC,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>DMG MEDIA LIMITED,<br><br>　　　　　Defendant. | Case No. 2:23-cv-388-JRG |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), Rich Media Club, LLC and Defendant DMG Media Limited hereby stipulate, subject to the approval of the Court, to the dismissal with prejudice of this lawsuit and all claims asserted between the parties in this lawsuit, with each party to bear its own attorneys' fees, costs, and expenses.

Dated: April 14, 2025　　　　　　　　　　　　Respectfully submitted,

By: */s/ Geoffrey R. Miller*
　　Michael J. Sacksteder
　　(Admitted to E.D. Texas)
　　Email: msacksteder@fenwick.com
　　FENWICK & WEST LLP
　　555 California Street, 12th Floor
　　San Francisco, CA 94104
　　Telephone: (415) 875-2300

　　Geoffrey R. Miller
　　(Texas State Bar No. 24094847)
　　Email: gmiller@fenwick.com
　　FENWICK & WEST LLP
　　902 Broadway, 18th Floor
　　New York, NY 10010
　　Telephone: (212) 921-2001

　　Attorneys for *Defendant*
　　*DMG Media Limited*

By: */s/ David Berten*
　　Alison Aubry Richards
　　IL Bar # 6285669
　　(*also admitted in ED Texas*)
　　arichards@giplg.com
　　David Berten
　　(*to be admitted in ED Texas*)
　　IL Bar # 6200898
　　dberten@giplg.com
　　Global IP Law Group, LLC
　　55 West Monroe Street, Suite 3400
　　Chicago, IL 60603
　　Telephone: (312) 241-1500

　　*Attorneys for Plaintiff*
　　*Rich Media Club, LLC*

## CERTIFICATE OF SERVICE

  The undersigned certifies that a true and correct copy of the above and foregoing document has been served on all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

Dated:  April 14, 2025              */s/ David Berten*
                                 David Berten