IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| RICH MEDIA CLUB LLC, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:23-CV-00388-JRG |
| | § | |
| DMG MEDIA LIMITED, | § | |
| | § | |
| *Defendant*. | § | |
| | § | |

# ORDER

Before the Court is the Stipulation of Dismissal with Prejudice (the "Stipulation") filed by Plaintiff Rich Media Club, LLC and Defendant DMG Media Limited (collectively, the "Parties"). (Dkt. No. 61.) In the Stipulation, the Parties stipulate "to the dismissal with prejudice of this lawsuit and all claims asserted between the parties in this lawsuit, with each party to bear its own attorneys' fees, costs, and expenses." (*Id.* at 1.)

Having considered the Stipulation, the Court **ACCEPTS AND ACKNOWLEDGES** that all claims asserted between the Parties in this lawsuit are **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs and fees. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**. The Clerk of Court is directed to **CLOSE** the above-captioned case as no parties or claims remain.

So ORDERED and SIGNED this 15th day of April, 2025.

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE